

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 1, 2020

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Donta Dixon*, 20 Mag. 5612

Dear Judge Davison:

    The Government respectfully requests that the complaint in the above-referenced case be unsealed.

Respectfully submitted,

SO ORDERED 6/1/20

GEOFFREY S. BERMAN
United States Attorney

by: _____
Lindsey Keenan
Assistant United States Attorney
(914) 993-1907