UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Donta Dixon

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 M 5612

Defendant Donta Dixon hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or ____ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

____   Conference Before a Judicial Officer


___/S/ Donta Dixon_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____Donta Dixon_____
Print Defendant's Name

___/s/ J.P.F._____
Defendant's Counsel's Signature


_____Joseph Facciponti, Esq._____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____June 1, 2020_____
Date

___s/ Paul E. Davison_____
U.S. District Judge/U.S. Magistrate Judge