March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Donta Dixon,

    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
Telephone Conference

Mag. 20 -~~CR~-~ 5612 (LMS) ( )

Defendant __Donta Dixon_____ hereby voluntarily consents to participate in the following proceeding via  telephone  :

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing    by telephone

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Donta Dixon (signed with permission)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Donta Dixon**
Print Defendant's Name

_/s/ J. P. Facciponti_
Defense Counsel's Signature

**Joseph Facciponti**
Print Defense Counsel's Name

This proceeding was conducted by reliable  telephone conference  technology.

June 17, 2020
Date

_/s/ Lisa Margaret Smith_
~~U.S. District Judge~~/U.S. Magistrate Judge